# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KENNETH W. GILMORE                      PLAINTIFF

v.                  No. 3:19-cv-34-DPM

T GARD BONDING COMPANY
and LARRY NAGEN                      DEFENDANTS

## ORDER

**1.** Gilmore hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 26 March 2019. If he doesn't, then the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Gilmore an application to proceed *in forma pauperis*. If the Court grants Gilmore permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

27 February 2019