# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KENNETH W. GILMORE**                                        **PLAINTIFF**

**v.**                          **No. 3:19-cv-34-DPM**

**T GARD BONDING COMPANY**
**and LARRY NAGEN**                                        **DEFENDANTS**

## ORDER

**1.** Gilmore's application to proceed *in forma pauperis* is incomplete;  he didn't get his calculation sheet signed by the appropriate detention center official.  Further, his certificate and the second page of his affidavit are blank.  The application, № 5, is therefore denied without prejudice.  Gilmore must file a completed application, certificate, and certified calculation sheet by 1 May 2019.  If he doesn't, then the Court will dismiss his complaint without prejudice.  LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Gilmore another *in forma pauperis* application with a copy of this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_1 April 2019_