IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNETH W. GILMORE                                              PLAINTIFF

v.                          No. 3:19-cv-34-DPM

T GARD BONDING COMPANY
and LARRY NAGEN                                               DEFENDANTS

## JUDGMENT

Gilmore's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 April 2019